UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHERRY Y. KILGORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-CV-168-DCP |
| | ) |
| ANDREW M. SAUL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 19**] will be **GRANTED IN PART**, and the Commissioner's Motion for Summary Judgment [**Doc. 21**] will be **DENIED**. This case will be **REMANDED** to the SSA for the ALJ to appropriately consider Plaintiff's ability to interact with her coworkers and supervisors in the RFC determination, review the effect that Plaintiff's migraine headaches may have on her ability to perform work-related activities, and review Plaintiff's severe and nonsevere impairments (including Plaintiff's urinary frequency and orthopedic impairments).

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT